633 A.2d 505

IN THE MATTER OF MICHAEL A. MARK,
AN ATTORNEY AT LAW.

November 3, 1993.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that MICHAEL A. MARK of HACKENSACK, who was admitted to the bar of this State in 1986, and who was by Order of this Court dated June 7, 1993, suspended from the practice of law for a period of three months, effective June 28, 1993, be restored to the practice of law, effective immediately.